

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | | |
|---|---|---|
| ROSA IDALIA TREVINO,<br>    Plaintiff-Petitioner, | §<br>§<br>§ | |
| | § | CIVIL ACTION NO. B-04-129 |
| VS. | §<br>§ | CRIMINAL NO. B-02-520-003 |
| UNITED STATES OF AMERICA,<br>    Defendant-Respondent. | §<br>§ | |

### O R D E R

Petitioner, Rosa Idalia Trevino, has filed a Motion To Vacate Sentence pursuant to Title 28,

U.S.C. § 2255.   Petitioner will be allowed to proceed in Forma Pauperis. The United States

Government is hereby ordered to file a response by September 13, 2004.

DONE at Brownsville, Texas, this 29th day of July, 2004.

John Wm. Black
United States Magistrate Judge