# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ROSA IDALIA TREVINO, § | |
| Plaintiff-Petitioner,, § | |
| § | |
| vs. § | Civil No. B-04-129 |
| § | Crim No. B-02-520-003 |
| UNITED STATES OF AMERICA, § | |
| Defendant-Respondent. § | |
| § | |
| | **(Magistrate Judge John Wm. Black)** |

## GOVERNMENT'S MOTION
## FOR THIRTY DAY EXTENSION OF TIME
## TO RESPOND TO 28 U.S.C. § 2255 MOTION

The United States of America, by the United States Attorney for the Southern District of Texas ("the government") files this motion for extension of time to respond to Rosa Idalia Trevino's (Trevino), motion to vacate, set aside, or correct sentence filed under 28 U.S.C. § 2255, on July 26, 2004.

The government respectfully requests a thirty day extension of time, to adequately respond to the claims raised in the § 2255 motion and in support of the request would show the Court the following:

The government respectfully informs the Court that the government first became aware of the Court's July 29, 2004 Order (Dkt 2) on October 6, 2004, when the Court telephoned the Appellate Division of the United States Attorney's Office

notifying the Office of the existence of the Court's Order. The government, prior to being notified of the Court's Order, had not received, nor had it been served with, a copy of Petitioner's 2255 Motion.

The government's requested extension is made in good faith and not to delay these proceedings. Additional time is necessary to submit a § 2255 response that effectively assists this Court in resolving the issues presented so that justice may be done.

For the foregoing reason the government respectfully requests that this Court grant a thirty day extension of time for the government to file its response.

        Respectfully submitted,

        MICHAEL T. SHELBY
        United States Attorney

        JAMES L. TURNER
        Assistant United States Attorney
        Chief, Appellate Division
By:  /s/ Joe Mirsky
        JOE MIRSKY
        Assistant United States Attorney
        Texas Bar No. 14202000
        Southern District of Texas No. 14448
        P.O. Box 61129
        Houston, Texas 77208-1129
        (713) 567-9513
        (713) 718-3302 (fax)

## CERTIFICATE OF SERVICE

I certify that on October 07, 2004, a true and correct copy of the government's motion for a thirty day extension of time to respond to Petitioner's 28 U.S.C. § 2255 motion was mailed via certified mail, return receipt requested, to:

Rosa Idalia Trevino
Federal Inmate No. 18120-179
Dublin FCI
5701 8th St. Camp Parks
Dublin, CA 94568

                         /s/ Joe Mirsky
                         JOE MIRSKY
                         Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA IDALIA TREVINO, | § | |
|     Plaintiff-Petitioner,, | § | |
| | § | |
| vs. | § | Civil No. B-04-129 |
| | § | Crim No. B-02-520-003 |
| UNITED STATES OF AMERICA, | § | |
|     Defendant-Respondent. | § | |
| | § | |

## **ORDER**

The government's motion for a thirty day extension of time to respond to the motion to vacate, set aside, or correct sentence filed under 28 U.S.C. § 2255 is GRANTED. The government shall respond to the § 2255 motion on or before _____, 2004.

SIGNED at Brownsville, Texas on _____ , 2004.

_____
**JOHN Wm. BLACK**
**UNITED STATES MAGISTRATE JUDGE**