# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA IDALIA TREVINO,<br>    Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-04-129 |
| UNITED STATES OF AMERICA,<br>    Respondent. | §<br>§<br>§<br>§ | |

## ORDER GRANTING EXTENSION OF TIME

Petitioner, Rosa Idalia Trevino, filed a Motion to Vacate Sentence under 28 U.S.C § 2255 on July 26, 2004. (Docket No. 1). Respondent, United States of America, was ordered to submit a response to Petitioner's § 2255 Motion by September 13, 2004. (Docket No.2). Pending before the Court is the Government's Motion for an Extension of Time to Respond to § 2255 Motion. (Docket No. 3).

The Government's Motion for an Extension of Time is **GRANTED**.

IT IS **ORDERED** that the government submit a response to the § 2255 Motion on or before November 8, 2004.

DONE at Brownsville, Texas, on this 7th day of October, 2004.

John Wm. Black
United States Magistrate Judge