ATTACHMENT "A"

## AFFIDAVIT OF ANNABELL A. ALEGRIA

STATE OF TEXAS §
COUNTY OF CAMERON §

Before me, the undersigned notary, on this ___ day of October 2004, personally appeared Annabell A. Alegria, a person whose identity is known to me. After I administered on oath to her, upon oath, she said:

"My name is Annabell A. Alegria. I am capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

1. I am an attorney licensed to practice in the State of Texas. I represented Rosa Idalia Trevino, defendant in Case No.: 02-CR- entitled "The United States of America vs. Rosa Idalia Trevino." I was assigned on or about September 2, 2002 to represent her and my services ended on or about April 29, 2003.

2. I have reviewed her 2255 motion and find several factual inaccuracies in her representations to the Court within the motion.

3. Being aware that Ms. Trevino's primary language was spanish, all pleadings, plea agreements, motions, and conversations with Ms. Trevino, as well as debriefing sessions were conducted in spanish. I am fully competent to translate written english into spanish and did so throughout my representation of Ms. Trevino. Written correspondence between us was done in both english and spanish.

4. The terms of the Plea Agreement were explained to her in spanish. Her right to a trial was explained to her and the consequences of same. All court proceedings were conducted with the assistance of the Certified Court Interpreter.

5. The PSI report was provided to Ms. Trevino and discussed with her via telephone. A phone conference was scheduled by me to discuss the PSI report with her. During that conversation, Ms. Trevino indicated she had a copy (previously provided by my office) in front of her. The discussion of the PSI was done in spanish. Pursuant to our discussion, I proceeded to file Objections to the PSI with the Court.

6. I can represent that although the Defendant had the mental capacity to assist me in her defense and the effect of the Sentencing Guidelines was explained to her on several occasions, Ms. Trevino, continuously reiterated her disagreement with the length and severity of the sentence for a first-time offender whose gain was going to be minimal in the transaction. She had a very difficult time accepting that the Guidelines were not going to allow her a probationary sentence with a deportation.

FURTHER AFFIANT SAYETH NAUGHT

_____
Annabell A. Alegria
37 W. Elizabeth Street
Brownsville, TX 78520

SWORN TO and SUBSCRIBED before me by Annabell Alegria on October 29, 2004.

_____
Notary Public in and for the State of Texas
Term Expires: 1-11-06