IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Respondent-Plaintiff | § § § | |
| vs. | § | CA B-04-129 |
| | § | |
| ROSA IDALIA TREVINO,<br>    Petitioner-Defendant<br>    ( CR B-02-520) | § § § § | |

## ORDER

The Court, having considered Trevino's motion to vacate sentence and the Government's response, concludes that dismissal of the cause is warranted.

Trevino has failed to overcome the jurisdictional burden of demonstrating cause for failure to pursue her claims on direct appeal. Trevino fails to demonstrate any prejudice as a result of the complained of deficiencies or her actual innocence. Trevino fails to show her attorney's performance was deficient or that she suffered any prejudice therefrom. Even if the merits were reached, the record refutes the substance of each of her claims.

Therefore, Trevino's motion should be DISMISSED in its entirety.

DONE on this the _____ day of _____, 2004 at Brownsville, Texas.

_____
JOHN W. BLACK
UNITED STATES MAGISTRATE JUDGE