IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 15 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| ROSA IDALIA TREVINO | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-129 |
| | § | |
| UNITED STATES OF AMERICA | § | |

# ORDER

Before the court is the Report and Recommendation of Magistrate Judge John William Black concerning Rosa Idalia Trevino's (herein "Trevino") Motion to Vacate, Set Aside or Correct the Sentence pursuant to 28 U.S.C. § 2255. The Report and Recommendation recommends that the Government's Motion to Dismiss be granted and Trevino's Motion be denied. No objections have been filed. Having reviewed the Report for plain error and finding none, it is the opinion of this court that the Report and Recommendation should be adopted.

This court writes only to correct a typographical error contained in that Report and Recommendation. In the Report and Recommendation, it mistakenly recounts that Ms. Trevino pleaded guilty on October 22, 2003 and that she was sentenced on March 26, 2003. Ms. Trevino actually pleaded guilty on October 22, 2002. She was sentenced on March 26, 2003, and the judgment was entered on April 16, 2003.

With the above correction the Report and Recommendation is adopted. The Government's Motion to Dismiss is granted, and the relief sought by Trevino is denied. Her petition under § 2255 is dismissed with prejudice.

Signed this 15th day of December, 2004.

Andrew S. Hanen
United States District Judge